**Order entered January 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00894-CV

**ERIC DRAKE, Appellant**

**V.**

**KRISTINA KASTL, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-09-01374-E**

## ORDER

In an order dated October 24, 2013, the Court determined that appellant is allowed to proceed without advance payment of costs and ordered John Warren, Dallas County Clerk, to file the clerk's record by November 25, 2013. As of today's date, the clerk's record has not been filed. Accordingly, we **ORDER** John Warren to file the clerk's record **ON OR BEFORE JANUARY 31, 2014**.

We **DIRECT** the Clerk of this Court to send a copy of this order, by electronic transmission, to John Warren and counsel for appellee and by first-class mail to appellant.

/s/    ADA BROWN
       JUSTICE